Ronald EVANS, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 421, 2016

Supreme Court of Delaware.

Submitted: December 1, 2016

Decided: December 7, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID Nos. 0808023433 and 0807012992

DISMISSED.

Samuel BISHOP, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 512, 2016

Supreme Court of Delaware.

Submitted: December 1, 2016

Decided: December 7, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID 86013220DI

DISMISSED.